UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY JOSEPH LAZARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2860** |
| **MARLIN N. GUSMAN, MR. GIBSON, MS. WEAVER, BONITA J. PITTMAN, MS. FARE, MS. STEELE** | **SECTION "G"(4)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Gregory Joseph Lazard's complaint pursuant to 42 U.S.C. § 1983 against the defendants, Orleans Parish Sheriff Marlin N. Gusman, Mr. Gibson, Ms. Weaver, Bonita J. Pittman, Ms. Fare, and Ms. Steele, is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted in accordance with 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e.

**NEW ORLEANS, LOUISIANA,** this __5th__ day of January, 2016.

_Nannette Jolivette Brown_
UNITED STATES DISTRICT JUDGE